```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                           CIVIL ACTION NO. 05-11385 JLT
```

D'ANN McGILL
    <u>Plaintiff</u>

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    <u>Defendants</u>

## **JOINT STATEMENT OF THE PARTIES**

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above- named parties have conferred and propose the following pretrial schedule:

1. **Joint Discovery Plan and Motion Schedule**:

    The parties propose the following pre-trial schedule:

    (a) All depositions are to be completed by October 2, 2006, except for expert witnesses;

    (b) The plaintiffs' expert witnesses shall be designated by November 1, 2006 and defendants' expert witnesses shall be designated within 30 days after plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of defendants' expert designation;

    (c)    All dispositive motions are to be filed by January 30, 2007, and responses are to be filed fourteen days thereafter pursuant to Local Rule 7.1;

    (d)    The plaintiff shall name other parties, if any, not later than July 18, 2006;

    (e)    A final pre-trial conference will be held per order of the Court.

2. Defendants intend to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C). Plaintiff intends to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C).

3. Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF D'ANN McGILL<br>By her attorneys:<br><br>S/ J. Thomas Kerner<br>_____<br>J. Thomas Kerner, Esq. BBO# 552373<br>230 Commercial Street, 1st Floor<br>Boston, MA 02109<br>(617) 720-5509<br><br><br>S/ Veronica J. White<br>_____<br>Veronica J. White, Esq. BBO# 640332<br>101 Tremont Street, Suite 800<br>Boston, MA 02108<br>(617) 338-9507 | DEFENDANTS CHRISTOPHER HAMILTON,<br>and the CITY OF BOSTON<br>William F. Sinnott<br>Corporation Counsel<br>By his attorney:<br><br>S/ Tsuyoshi Fukuda<br>_____<br>Tsuyoshi Fukuda, Esq. BBO# 648739<br>Kenneth J. Forton, Esq. BBO# 651562<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4038 (TF)<br>(617) 635-4037 (KF) |