UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| D'ANN MCGILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11385-JLT |
| | * | |
| CITY OF BOSTON AND CHRISTOPHER | * | |
| HAMILTON, | * | |
| Defendants. | * | |
| | * | |

ORDER

April 4, 2006

TAURO, J.

After a Conference held on April 4, 2006, this court hereby orders that:

1. Defendants must comply with this court's Rule 26 Discovery Order by 12:00 p.m. on April 7, 2006;

2. Plaintiff may depose the following: (1) the unnamed police officer who witnessed D'Ann McGill with a sling, as discussed in open court;

3. Defendants may depose the following: (1) D'Ann McGill; (2) Kevin Wells; (3) Princess; (4) Dominic Paulo, Sr.; (5) Dominic Paulo, Jr.; (6) April Smith a.k.a Tammy Green;

4. All abovementioned depositions must be completed by August 31, 2006;

5. No further discovery will be permitted without leave of this court; and

6.    A Further Conference will be held on September 5, 2006 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge