UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Attorney Bernard D. Posner as attorney of record for the Defendants, City of Boston and Christopher Hamilton, in the above-entitled action.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON AND
CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By its attorneys,

S/ Bernard D. Posner
_____
Bernard D. Posner BBO# 659020
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4046