UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-111385-JLT

D'ANN MCGILL,
    Plaintiff,

v.

CITY OF BOSTON AND
CHRISTOPHER HAMILTON,
    Defendants.

## ASSENTED TO MOTION OF DEFENDANTS TO ENLARGE DEADLINE FOR DEPOSITION OF PLAINTIFF D'ANN MCGILL

Now comes the City of Boston and Christopher Hamilton, Defendants in the above-entitled action, and hereby requests, pursuant to Fed. R. Civ. P. 6(b)(1), that this Honorable Court enlarge the August 31, 2006 deadline for taking depositions in the above-captioned case to September 11, 2006. As grounds therefore, the City of Boston states that:

1. The Court issued a scheduling order on April 4, 2006, requiring depositions to be completed by August 31, 2006;

2. Counsel for the Defendants, Tsuyoshi Fukuda, noticed the deposition of the Plaintiff, D'Ann McGill, by sending a notice of deposition and letter to her attorney, Veronica J. White, on August 16, 2006 (see attached Exhibit A);

3. Attorney Fukuda scheduled the deposition of D'Ann McGill for August 30, 2006, within the court's deposition deadline;

4. On August 29, 2006, Counsel for the Defendants, Kenneth J. Forton, called Attorney White to confirm that the deposition would be going forward on August 30, 2006;

5. Attorney Andrea Petersen returned Attorney Forton's call on the afternoon of August 29, 2006, telling Attorney Forton that Attorney White was out of the country until September 6, 2006, and that she had been out of the country since August 15, 2006;

6. Attorney Petersen also told Attorney Forton that nobody was opening Attorney White's mail in her absence.  Thus, it is clear that she never personally received notice of the deposition of D'Ann McGill;

7. That same afternoon on August 29, 2006, Attorney Forton contacted Attorney Thomas Kerner, who is also listed as attorney of record for D'Ann McGill.  Attorney Kerner informed Attorney Forton that he was not aware that Attorney White was out of the country and was not aware that a deposition was scheduled for August 30, 2006;

8. The Court has scheduled a further status conference for September 12, 2006;

9. Attorney Kerner has assented to requesting that the Court enlarge the deadline for completing depositions in the above-captioned case to September 11, 2006;

10. The Defendants believe that it will request additional documents after the Plaintiff's deposition;

11. If the Defendants' motion is allowed and the deposition of the Plaintiff is taken, the parties will better be able to report the status of document requests and other discovery to this Court.

For the foregoing reasons, the Defendants respectfully request that the Court enlarge the deadline for taking depositions to September 11, 2006.

Respectfully submitted,

DEFENDANT, City of Boston
William F. Sinnott
Corporation Counsel

By its attorney:


__/s/ Kenneth J. Forton_____
Kenneth Forton, BBO # 651562
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4037


Assented to:   PLAINTIFF, D'Ann McGill
               By her attorney:


               __/s/ J. Thomas Kerner_____
               J. Thomas Kerner, BBO # 552373
               230 Commercial Street
               First Floor
               Boston, MA 02109
               (617) 720-5509

4



# CITY OF BOSTON
# LAW DEPARTMENT

City Hall, Room 615
Boston, MA 02201

THOMAS M. MENINO
*Mayor*

WILLIAM F. SINNOTT
*Corporation Counsel*

August 16, 2006

Veronica J. White, Esq.
101 Tremont Street, Suite 800
Boston, MA 02108

    Re:    *D'Ann McGill v. City of Boston, et al.*
           U.S.D.C. Docket No. 05 cv 11385 JLT

Dear Attorney White:

    Please find enclosed a notice of deposition for the above captioned case. I scheduled D'Ann McGill's deposition for Wednesday, August 30, 2006 in Boston City Hall at 10:00 AM. Please let me know if interpreters will be needed. Thank you again for your cooperation.

Sincerely,

Tsuyoshi Fukuda
Assistant Corporation Counsel
(617) 635-4038

Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
Defendants

## DEFENDANTS NOTICE OF TAKING DEPOSITION OF PLAINTIFF

TO: Veronica J. White, Esq.
101 Tremont Street, Suite 800
Boston, MA 02108

Please take notice that on **Wednesday, August 30, 2006 at 10:00 a.m.** at the offices of the City of Boston Law Department, Room 615, City Hall, Boston, MA 02201, the Defendants in the above-entitled action, by their attorney, will take the deposition upon oral examination of the Plaintiff, D'Ann McGill, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully submitted,
DEFENDANTS, CITY OF BOSTON and
CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel
By their attorneys:

_____
Tsuyoshi Fukuda (BBO# 648739)
Kenneth J. Forton (BBO# 651562)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038 (TF)
(617) 635-4037 (KJF)

**CERTIFICATE OF SERVICE**

I, Tsuyoshi Fukuda, hereby certify that on this date I served a copy of the foregoing documents upon: Veronica White, Esq., 101 Tremont Street, Suite 800, Boston, MA 02108, via first class mail.

8/16/06
Date      Tsuyoshi Fukuda