UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| D'ANN MCGILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11385-JLT |
| | * | |
| CITY OF BOSTON AND CHRISTOPHER | * | |
| HAMILTON, | * | |
| Defendants. | * | |
| | * | |

ORDER

September 12, 2006

TAURO, J.

After a Conference held on September 12, 2006, this court hereby orders that:

1. Defendants' deposition of Plaintiff D'Ann McGill is rescheduled for 10:00 a.m. on September 29, 2006;

2. Plaintiff's deposition of Police Officer Christopher Hamilton must be completed before October 16, 2006;

3. No further discovery will be permitted without leave of this court; and

4. A Final Pre-trial Conference will be held on November 7, 2006 at 11:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge