UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

---

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Attorney Elizabeth L. Bostwick, as attorney of record for the Defendants, City of Boston and Christopher Hamilton, in the above-entitled action.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON AND
CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By its attorneys,

/s/ L. Bostwick
_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902