UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385-JLT

D'ANN MCGILL,
      Plaintiff,

v.

CITY OF BOSTON AND
CHRISTOPHER HAMILTON,
      Defendants.

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

      Please withdraw my appearance as attorney of record for the defendants, City of Boston and Christopher Hamilton, in the above-captioned case.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON AND
CHRISTOPHER HAMILTON,

William F. Sinnott
Corporation Counsel
By their attorney,

/s/ Kenneth J. Forton
Kenneth J. Forton, BBO # 651562
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4037