```
         UNITED STATES OF AMERICA
              DISTRICT COURT
         DISTRICT OF MASSACHUSETTS

         CIVIL NO. 05-CV-11385-JLT

              D'ANN McGILL,
                Plaintiff,

                    v.

            CITY OF BOSTON and
          CHRISTOPHER HAMILTON,
                Defendants.
```

## MOTION TO COMPEL

Now comes the plaintiff and pursuant to F.R.Civ.P. 37 moves this Honorable Court to enter an order compelling the defendants to produce certain documents in their possession which consist of photographs of Long Le and the transcript of Long Le's probation violation hearing in the Brighton District Court. Additionally the defendants should disclose the identities (name/DOB/last know address/phone number) of the complainants in Boston Police IAD Complaint 4688 / Case 134-02 (a prostitute who claimed that defendant Hamilton slammed a cruiser door on her ankle) and Boston Police IAD Complaint 5319 / Case 199-03 (a man who claimed that his teeth were knocked out by defendant Hamilton).

It is plaintiff's intent to offer the testimony of Long Le and possibly other civilian witnesses to the beating defendant Hamilton administered to Mr. Le on September 3, 2001 during any trial in the McGill matter. The Le incident will demonstrate

motive, opportunity, intent, plan, or absence of mistake or accident on the part of defendant Hamilton when he did the same to Ms. McGill less than one year later.  See F.R.Evid. 404(b) and <u>Commonwealth of Pennsylvania v. Porter</u>, 659 F.2 306, 320 (3rd Cir. 1981).  It is anticipated that the complainants in the referenced IAD complaints may be as enthused to testify against Officer Hamilton as is Mr. Le.

**Rule 7.1 Certification**

Now comes Attorney Thomas Kerner and certifies that on October 4, 2006 I made a request of the defendants in writing for the very same material which is the subject of this motion. The defendants never responded to the request.

**Respectfully Submitted,**
**D'ANN McGILL,**

**By her attorney:**

_____
**J. THOMAS KERNER**
**MA BBO # 552373**
**Attorney at Law**
**343 Commercial Street**
**Boston, MA  02109**
**(617) 720-5509**