UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

D'ANN MCGILL,                             *
                                          *
        Plaintiff,            *
                                          *
v.                                        *   Civil Action No. 05-11385-JLT
                                          *
CITY OF BOSTON AND CHRISTOPHER *
 HAMILTON,                               *
        Defendants.           *
                                          *

ORDER

November 8, 2006

TAURO, J.

    After a Conference held on November 7, 2006, this court hereby orders that:

1. No further discovery without leave of this court;

2. Trial will begin on March 19, 2007 at 10:00 a.m.;

4. Parties shall file Motions to Bifurcate, for CORI records and for Summary Judgment as soon as practicable;

5. No continuances will be granted for the trial; and

5. A trial order will issue.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                           United States District Judge