UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

### THE CITY OF BOSTON'S MOTION FOR ADDITIONAL TIME TO DESIGNATE A MEDICAL EXPERT WITNESS

The City of Boston moves this Court for additional time, until December 29, 2006, to designate a medical expert. Because the plaintiff has alleged that Officer Hamilton fractured her wrist as a result of excessive force, the City asserts that a medical expert may aid in the resolution of this case.

In support of this request, the City states:

1. The plaintiff alleges that Officer Hamilton fractured her wrist when he arrested her on August 11, 2002, and that she sought medical care for her wrist on August 12, 2002 following her release from police custody. The plaintiff also had surgery performed on her wrist.

2. Pursuant to the Joint Statement of the Parties (Paper # 9), the plaintiff was to designate an expert witness by November 1, 2006. The City has 30 days after November 1 to designate its expert. The plaintiff has not designated an expert; however,

    the City would like additional time to locate an expert to review the plaintiff's medical records and the x-rays which are in the custody of the plaintiff which purportedly show a fracture.

3. The City believes that obtaining an expert's opinion may lead to a possible settlement of this case.

4. The City seeks until December 29, 2006 because of the interceding holidays.

For the above reasons, the City of Boston respectfully moves this Court until December 29, 2006 to designate a medical expert.

    Respectfully submitted,

    DEFENDANTS CITY OF BOSTON AND
    CHRISTOPHER HAMILTON
    William F. Sinnott
    Corporation Counsel

    By their attorneys,

    /s/ L. Bostwick
    _____
    Elizabeth L. Bostwick BBO# 644498
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-2902