UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that Bernard D. Posner, attorney for the Defendants, left a message with Plaintiff's attorney, Veronica White on November 22, 2006, and with Plaintiff's attorney, J. Thomas Kerner on both November 27, 2006, and November 28, 2006, so that he could speak with them regarding The City Of Boston's Motion for Additional Time to Designate a Medical Expert Witness.  Unfortunately, because the Defendants have not been able to reach the Plaintiff's Attorneys the Parties have been unable to resolve or narrow the issues prior to the filing of this motion.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON AND
CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ Bernard D. Posner
_____
Bernard D. Posner, BBO # 659020
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4046