UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
<u>Plaintiff</u>

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
<u>Defendants</u>

### DEFENDANTS' MOTION FOR DISCLOSURE
### OF CRIMINAL OFFENDERS RECORD INFORMATION[1]

The Defendants in the above-captioned civil action hereby move that this Honorable Court order: 1) the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts; 2) the respective keeper of the records for criminal history records for the states of Tennessee, Florida, Georgia, New Jersey, and New York; and 3) the National Crime Information Center (NCIC) Interstate Identification Index/FBI Database, to provide to Defendants' attorney, Bernard D. Posner, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, Massachusetts 02201 within 10 days of the date of such order, all Criminal Offender Record Information (CORI), including but not limited to certified records of convictions, for the persons listed below:

**NAME**: D'Ann McGill

(<u>a/k/a</u>: Sadie Heaston, Pamela Curry, Montinque Adams, Montique Adams, Jackie Clark, Monica Drake, Janice Fontaine, Janice Fountaine, Janice Foutaine, Stephanie Glasco, Stephanie Glascow, Sadie Heston,

---

[1] A redacted version of this motion is being filed electronically due to the motion containing private information.  A non-redacted version will be forwarded to both the Court and to opposing counsel.

Tammy Jackson, Dorothy Ann Jones, Dorothy McGill, Tericena Mitchel, Mylandi Ray, Rita Thomas, Tina Washington, Cindy Cornesta Williams)

**DATE OF BIRTH**: 5/30/1955

(other DOBs: Sadie Heston - 10/27/1953; Pamela Curry - 4/30/1952, 4/30/1955, 12/25/1955; Cindy Cornesta Williams – 4/20/1952; Dorothy Ann Jones-2/14/1955; other DOBs not associated with a name and/or a/k/a-4/6/1955, 4/10/1955, 4/14/1955, 4/30/1952, 5/4/1956, 10/10/1957, 12/10/1955, 12/25/1955, 12/27/1955)

**CURRENT ADDRESS**: 243 Broadway, Apartment 606, Cambridge, MA 02139

**SSN**: XXX-XX-XXXX

(other SS#s not associated with a name and/or a/k/a: XXX-XX-XXXX, XXX-XX-XXXX, XXX-XX-XXXX)

In support of this motion, Defendants state the following:

1. Pursuant to G.L. c.6, §172(c), the Criminal History Systems Board has given a general grant of access to criminal offenders records information as may be used for impeachment purposes to any attorney who is counsel of record for a party in a case who certifies in writing to the Court that he or she will only seek such records of parties and/or prospective witnesses and only for trial strategy or impeachment purposes and will not otherwise disclose it to any unauthorized person.

2. Defendants' counsel hereby certify that the CORI of the designated persons above will only be used by them in this action for trial strategy or trial witness impeachment purposes and will not otherwise be disclosed to any person who is not authorized to have access to CORI.

3. The due process clause of the Fourteenth Amendment of the United States constitution requires that the Defendants have access to this information.

4.  Article XI of the Declaration of Rights to the Massachusetts Constitution (remedies by recourse to the law, to be free, complete and prompt) requires that the Defendants have access to this information.

The Court is respectfully referred to the proposed Order annexed hereto.

> Respectfully Submitted,
> DEFENDANTS
>
> CITY OF BOSTON and
> CHRISTOPHER HAMILTON
>
> William F. Sinnott
> Corporation Counsel
>
> By their attorney:
>
> /s/ Bernard D. Posner
> _____
>
> Bernard D. Posner, BBO # 659020
> Elizabeth L. Bostwick, BBO # 644498
> Assistant Corporation Counsel
> City of Boston Law Department
> Room 615, Boston City Hall
> Boston, MA 02201
> (617) 635-4046 (BDP)
> (617) 635-2902 (ELB)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that counsel for the Defendants has communicated with counsel for the Plaintiff in the above-entitled action and that Attorney for the Plaintiff, J. Thomas Kerner, has indicated that the Plaintiff will not oppose this motion.

> /s/ Bernard D. Posner
> _____
> Bernard D. Posner

Case 1:05-cv-11385-JLT    Document 24    Filed 12/15/2006    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

**ORDER**

    It is hereby ordered that: 1) the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts; 2) the respective keeper of the records for criminal history records for the states of Tennessee, Florida, Georgia, New Jersey, and New York; and 3) the National Crime Information Center (NCIC) Interstate Identification Index/FBI Database, shall provide to Defendants' attorney, Bernard D. Posner, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, Massachusetts 02201 within ten days of the date of this order, all Criminal Offenders Record Information (CORI), including but not limited to certified records of convictions, for the following named persons:

    **NAME**: D'Ann McGill

        (a/k/a: Sadie Heaston, Pamela Curry, Montinque Adams, Montique Adams, Jackie Clark, Monica Drake, Janice Fontaine, Janice Fountaine, Janice Foutaine, Stephanie Glasco, Stephanie Glascow, Sadie Heston, Tammy Jackson, Dorothy Ann Jones, Dorothy McGill, Tericena Mitchel, Mylandi Ray, Rita Thomas, Tina Washington, Cindy Cornesta Williams)

    **DATE OF BIRTH**: 5/30/1955

        (other DOBs: Sadie Heston - 10/27/1953; Pamela Curry - 4/30/1952, 4/30/1955, 12/25/1955; Cindy Cornesta Williams – 4/20/1952; Dorothy Ann Jones-2/14/1955; other DOBs not associated with a name and/or a/k/a-4/6/1955, 4/10/1955, 4/14/1955, 4/30/1952, 5/4/1956, 10/10/1957, 12/10/1955, 12/25/1955, 12/27/1955)

**CURRENT ADDRESS**: 243 Broadway, Apartment 606, Cambridge, MA 02139

**SSN**:  XXX-XX-XXXX

(<u>other SS#s not associated with a name and/or a/k/a</u>: XXX-XX-XXXX, XXX-XX-XXXX, XXX-XX-XXXX)

_____
Honorable Joseph L. Tauro
Justice of United States District Court

DATED: _____