```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                  CIVIL ACTION NO.  05-11385 JLT
```

| |
|---|
| D'ANN McGILL <br>     <u>Plaintiff</u> <br><br> v. <br><br> CITY OF BOSTON and <br> CHRISTOPHER HAMILTON <br>     <u>Defendants</u> |

### THE CITY OF BOSTON'S EMERGENCY MOTION FOR AN ADDITIONAL TEN DAYS TO DESIGNATE A MEDICAL EXPERT WITNESS

The City of Boston moves this Court for an additional ten (10) days, until January 8, 2007, to designate a medical expert. Because of the interceding holidays, the City seeks this additional time to allow the doctor to review all of the plaintiff's available medical information and to determine whether it will designate a medical expert.

In support of this request, the City states:

1. The City states that because of the interceding holidays that it needs few more days for a medical doctor to review the plaintiff's x-rays/MRIs, medical records, and to determine whether to designate an expert witness.

2. The City states this day it will obtain the plaintiff's x-rays/MRIs and deliver them for the doctor's review.

3. This Court granted the defendants until December 29, 2006 to designate a medical expert.

4. The plaintiff's allegations and injury necessitate a review by a medical doctor of all of the plaintiff's available medical information. The plaintiff alleges that Officer Hamilton fractured her wrist when he arrested her on August 11, 2002, and that she sought medical care for her wrist on August 12, 2002 following her release from police custody. The plaintiff also had surgery performed on her wrist.

5. This short extension over the holidays will not prejudice any party or the Court.

For the above reasons, the City of Boston respectfully moves this Court until January 8, 2007 to designate a medical expert.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON
AND CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ L. Bostwick
_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Attorney Thomas Kerner on December 21, 2006 and Attorney Veronica White on December 22, 2006 concerning Defendant City of Boston's Motion for Summary Judgment and that we were unable to resolve or narrow the issues prior to filing the above motion.

/s/ L. Bostwick
_____
Elizabeth L. Bostwick