**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Attorney Thomas Kerner on December 21, 2006 and Attorney Veronica White on December 22, 2006 concerning Defendant City of Boston's Motion for An Additional Ten Days to Designate an Expert Witness and that we were unable to resolve or narrow the issues prior to filing the above motion.

/s/ L. Bostwick
_____
Elizabeth L. Bostwick