UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

## THE CITY OF BOSTON'S EMERGENCY ASSENTED TO MOTION FOR ADDITIONAL TIME TO OBTAIN ALL THE PLAINTIFF'S X-RAYS and To DESIGNATE A MEDICAL EXPERT

The City of Boston moves this Court for additional time until January 31, 2007, to obtain all of the plaintiff's x-rays and have them reviewed by a medical doctor.  The City brings this motion with the assent of the plaintiff.  Counsel for the City has learned that not all of the plaintiff's x-rays have been obtained and she seeks additional time to obtain those records, have them reviewed and to designate a medical expert.

In support of this request, the City states:

1. On December 22, 2006, the City obtained the plaintiff's x-rays/MRIs from plaintiff's counsel's office and delivered these to its doctor for his review.

2. The City has since learned that not all of the plaintiff's x-rays were obtained. In particular,

      the x-ray taken at the emergency room and the x-rays taken by the orthopedic surgeon had not been obtained by plaintiff's counsel, and so they have not been available for the medical doctor to review.

3. The plaintiff's counsel has contacted the medical records departments to obtain these additional x-rays on an expedited basis.

4. Without these x-rays, the medical doctor cannot inform the City about the plaintiff's injuries.

5. The plaintiff's allegations and injury necessitate a review by a medical doctor of all of the plaintiff's available medical information. The plaintiff alleges that Officer Hamilton fractured her wrist when he arrested her on August 11, 2002, and that she sought medical care for her wrist on August 12, 2002 following her release from police custody. The plaintiff also had surgery performed on her wrist.

6. The plaintiff's counsel has assented to this extension.

For the above reasons, the City of Boston respectfully moves this Court until January 31, 2007 to obtain the additional x-rays and to designate a medical expert.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON
AND CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ L. Bostwick
_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Attorney Veronica White on January 4, 2007 concerning The City of Boston's Emergency Assented to Motion for Additional Time to Obtain All the Plaintiff's X-Rays and to Designate an Expert Witness, and she indicated that she would assent to this motion.

/s/ L. Bostwick
_____
Elizabeth L. Bostwick