UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
Defendants

## ORDER

It is hereby ordered that: 1) the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts; 2) the respective keeper of the records for criminal history records for the states of Tennessee, Florida, Georgia, New Jersey, and New York; and 3) the National Crime Information Center (NCIC) Interstate Identification Index/FBI Database, shall provide to Defendants' attorney, Bernard D. Posner, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, Massachusetts 02201 within ten days of the date of this order, all Criminal Offenders Record Information (CORI), including but not limited to certified records of convictions, for the following named persons:

**NAME**: D'Ann McGill

(a/k/a: Sadie Heaston, Pamela Curry, Montinque Adams, Montique Adams, Jackie Clark, Monica Drake, Janice Fontaine, Janice Fountaine, Janice Foutaine, Stephanie Glasco, Stephanie Glascow, Sadie Heston, Tammy Jackson, Dorothy Ann Jones, Dorothy McGill, Tericena Mitchel, Mylandi Ray, Rita Thomas, Tina Washington, Cindy Cornesta Williams)

**DATE OF BIRTH**: 5/30/1955

(other DOBs: Sadie Heston - 10/27/1953; Pamela Curry - 4/30/1952, 4/30/1955, 12/25/1955; Cindy Cornesta Williams – 4/20/1952; Dorothy Ann Jones-2/14/1955; other DOBs not associated with a name and/or a/k/a-4/6/1955, 4/10/1955, 4/14/1955, 4/30/1952, 5/4/1956, 10/10/1957, 12/10/1955, 12/25/1955, 12/27/1955)

**CURRENT ADDRESS**: 243 Broadway, Apartment 606, Cambridge, MA 02139

**SSN**: XXX-XX-XXXX

(other SS#s not associated with a name and/or a/k/a: XXX-XX-XXXX, XXX-XX-XXXX, XXX-XX-XXXX)

_____
Honorable Joseph L. Tauro
Justice of United States District Court

DATED: 1/23/07