UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

**THE CITY OF BOSTON and SERGEANT CHRISTOPHER HAMILTON'S MOTION FOR AN ADDITIONAL FOURTEEN DAYS TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

The City of Boston ("City") and Sergeant Christopher Hamilton ("Hamilton") move this Court for an additional fourteen (14) days, until February 13, 2007, to file their motion for summary judgment. Pursuant to the parties' Joint Statement, all dispositive motions are to be filed by January 30, 2007.

In support of this request, the City and Hamilton state:

1. Pursuant to the Joint Statement of the Parties, all dispositive motions are to be filed by January 30, 2007. The trial of this case is scheduled for March 19, 2007.

2. The defendants seek a short extension to finalize and complete their motion for summary judgment.

3. The Plaintiff's complaint alleges a variety of claims, including sex discrimination, illegal arrest and excessive force in making the arrest in violation of federal and state civil rights laws. Plaintiff alleges that both the City and Hamilton are liable.

4. Counsel for the defendants left a telephone message for Attorney Kerner, one of plaintiff's counsel, in an effort to confer with him about this motion and the issues raised in the defendants' motion for summary judgment. See Affidavit of Elizabeth L. Bostwick, ¶ 6.

5. Defendants' counsel that has been working on the summary judgment motion has been out of the office sick and she has a number of deadlines.

6. In particular, counsel has an appellate court brief due on January 31, 2007 in the case of Alberta Bogan et al v. City of Boston, et al, First Circuit Court of Appeals, Docket No. 06-2028. See Affidavit of Elizabeth L. Bostwick, ¶ 4. She has a trial on February 5, 2007 in the case of John McLoughlin v. City of Boston, Suffolk Superior Court, Docket No. 02-5226. Id. She also has a number of day to day responsibilities.

7. Neither the Court nor the Plaintiff will be prejudiced by this short continuance.

For the above reasons, the City of Boston and Sergeant Hamilton respectfully move this Court until February 13, 2007 to file their motion for summary judgment.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON
AND CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ L. Bostwick
_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

**AFFIDAVIT OF ELIZABETH L. BOSTWICK**

1. My name is Elizabeth L. Bostwick. I represent the City of Boston and Sergeant Hamilton in the above case.

2. I have been drafting and researching the defendants' motion for summary judgment.

3. I was out of sick for a couple of days last week, and unable to work.

4. I have a number of deadlines in addition to the motion for summary judgment in this case. I have an appellate court brief due in the case of <u>Alberta Bogan et al v. City of Boston, et al</u>, First Circuit Court of Appeals, Docket No. 06-2028. I also have a trial on February 5, 2007 in the case of <u>John McLoughlin v. City of Boston</u>, Suffolk Superior Court, Docket No. 02-5226. <u>Id.</u> As well as my day to day case responsibilities.

5. I spoke with Attorney Veronica White on Friday, January 26, 2007 in an effort to narrow some of the issues posed by the defendants' motion as well as the outstanding x-rays of the plaintiff. We were unable to resolve the issues related to the defendants' motion for summary judgment. She directed me to contact Attorney Kerner as she was going to be leaving the country.

6. I left Attorney Kerner a telephone message this morning about this motion, the issues raised by the defendants' summary judgment motion, and other issues in the case. I have not heard from Attorney Kerner.

Signed under the pains and penalties this 29th day of January 2007.

/s/ L. Bostwick
_____
Elizabeth L. Bostwick