UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
      Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
      Defendants

**DEFENDANT, CITY OF BOSTON and SERGEANT CHRISTOPHER HAMILTON'S ASSENTED TO EMERGENCY MOTION FOR  ADDITIONAL TIME TO OBTAIN ALL THE PLAINTIFF'S X-RAYS AND TO DESIGNATE A MEDICAL EXPERT and FOR LEAVE TO SUBPOENA THESE RECORDS**

The Defendant, City of Boston (the "City") and

Sergeant Christopher Hamilton, move this Honorable Court

for additional time until February 28, 2007, to obtain all

of the Plaintiff's x-rays and have them reviewed by a

medical doctor, and for leave to subpoena the records.

The City brings this motion with the assent of the

Plaintiff.  Counsel for the City has learned that not all

of the Plaintiff's x-rays have been obtained and that the

Plaintiff's counsel has so far been unable to locate them.

In support of this request, the City and Hamilton state:

1. On December 22, 2006, the City obtained what it
   thought was a complete copy of the Plaintiff x-rays
   and MRI's from the Plaintiff and delivered these
   documents to a physician for review.

2. The City has since learned that only the Plaintiff's MRI records were obtained. X-rays taken at the emergency room and taken by an orthopedic surgeon were not produced. Accordingly, these records have not been reviewed by a physician.

3. In an effort to work cooperatively with the Plaintiff's attorney, the Defendants have agreed to subpoena the missing x-ray records directly from the Plaintiff's medical providers. See Affidavit of Elizabeth L. Bostwick, ¶ 2. Plaintiff's counsel has represented to the Defendants that she sent the Plaintiff the releases in order to obtain the missing x-rays on January 18, 2007. Id.

4. As of January 25, 2007, these releases had not yet been obtained, and Plaintiff's counsel's efforts to obtain the x-rays have not been successful. See Affidavit of Elizabeth L. Bostwick, ¶ 4.

5. Plaintiff's counsel has informed the Defendants that she will be out of the office from January 26, 2007 through February 10, 2007 on vacation. See Affidavit of Elizabeth L. Bostwick, ¶5.

6. The Plaintiff's allegations and injury necessitate a review by a medical doctor of all of the Plaintiff's available medical information. The Plaintiff alleges that Officer Hamilton fractured her wrist when he arrested her on August 11, 2002, and that she sought medical care for her wrist on August 12, 2002 following her release from police custody. The Plaintiff also had surgery performed on her wrist.

7. If this motion is not allowed the Defendants will be prejudiced because without the missing x-rays, the reviewing physician will not be able to fully assess the Plaintiff's injuries.

8. Plaintiff's counsel has assented to this extension.

9. No Party will be prejudiced by the allowance of this motion.

For the above reasons, the Defendants respectfully move this Honorable Court until February 28, 2007 to obtain the missing x-rays and to designate a medical expert.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON
AND CHRISTOPHER HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ L. Bostwick

_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Attorney Veronica White on January 25, 2007 concerning The City of Boston's Emergency Assented to Motion for Additional Time to Obtain All the Plaintiff's X-Rays and to Designate an Expert Witness and Leave to Subpoena These Records, and she indicated that she would assent to this motion.

/s/ L. Bostwick

_____
Elizabeth L. Bostwick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
      Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
      Defendants

## AFFIDAVIT OF ELIZABETH L. BOSTWICK

1. My name is Elizabeth L. Bostwick.  I represent the City of Boston and Sergeant Hamilton in the above case.

2. I spoke with Attorney Veronica White who informed me that to date her efforts to obtain the plaintiff's x-rays have been fruitless.  In another effort to obtain these records, I asked that the defendants be permitted to subpoena these records directly from the medical care providers. Attorney White assented to this idea.

3. I sent the medical releases to Attorney White on or about January 18, 2007 via facsimile.

4. I spoke with Attorney White on Friday, January 25, 2007 about the outstanding x-rays of the plaintiff. She told me that she would assent to allowing the defendants another thirty (30) days to try to obtain these records.

5. Attorney White also informed me that her client had not received the medical releases that she sent to her client via mail on or about January 18, 2007. Attorney White authorized me to have this office send another set of releases directly to the plaintiff as she (Attorney White) was going to be

out of the country for two weeks until February 10, 2007.

6. I left Attorney Kerner a telephone message on January 29, 2007 about this motion, the issues raised by the defendants' summary judgment motion, and other issues in the case. I have not heard from Attorney Kerner.

Signed under the pains and penalties this 30th day of January 2007.

/s/ L. Bostwick

_____

Elizabeth L. Bostwick