UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

### THE CITY OF BOSTON and SERGEANT CHRISTOPHER HAMILTON'S MOTION FOR AN ADDITIONAL FOURTEEN DAYS TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

The City of Boston ("City") and Sergeant Christopher Hamilton ("Hamilton") move this Court for an additional three (3) days, until February 16, 2007, to file their motion for summary judgment.

In support of this request, the City and Hamilton state:

1. Pursuant to the Joint Statement of the Parties, all dispositive motions are to be filed by January 30, 2007.  The trial of this case is scheduled for March 19, 2007.

2. The defendants seek a short extension to finalize and complete their motion for summary judgment.

3. The Plaintiff's complaint alleges a variety of claims, including sex discrimination, illegal arrest and excessive force in making the arrest in violation of federal and state civil rights laws.

    Plaintiff alleges that both the City and Hamilton are liable.

4. This day counsel for the defendants left a telephone message for Attorney Thomas Kerner and Veronica White, plaintiff's counsel, in an effort to confer about this motion. <u>See</u> Affidavit of Elizabeth L. Bostwick, ¶ 3.

5. Counsel for the defendants needs a few more days to review and finalize the motion with her supervisor. <u>Id.</u> at ¶2.

6. Neither the Court nor the Plaintiff will be prejudiced by this short continuance.

For the above reasons, the City of Boston and Sergeant Hamilton respectfully move this Court until February 16, 2007 to file their motion for summary judgment.

    Respectfully submitted,

    DEFENDANTS CITY OF BOSTON
    AND CHRISTOPHER HAMILTON
    William F. Sinnott
    Corporation Counsel

    By their attorneys,

    /s/ L. Bostwick
    _____
    Elizabeth L. Bostwick BBO# 644498
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-2902

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                 CIVIL ACTION NO.  05-11385 JLT
```

```
D'ANN McGILL
      Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
      Defendants
```

### AFFIDAVIT OF ELIZABETH L. BOSTWICK

1. My name is Elizabeth L. Bostwick.  I represent the City of Boston and Sergeant Hamilton in the above case.

2. I am requesting three days to finalize and review the Defendants' motion for summary judgment with my supervisor.

3. I left telephone messages this day with Attorneys Thomas Kerner and Veronica White.

Signed under the pains and penalties this 13th day of February 2007.

                                    /s/ L. Bostwick
                              _____
                              Elizabeth L. Bostwick