UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL
          Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
          Defendants

## DEFENDANTS, CITY OF BOSTON AND SGT. CHRISTOPHER HAMILTON'S MOTION FOR SUMMARY JUDGMENT

The City of Boston and Sergeant Christopher Hamilton move this Court to enter

summary judgment on all counts of the Plaintiff's complaint for the reason set forth in the

accompanying memorandum of law.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON
AND CHRISTOPHER SGT. HAMILTON
William F. Sinnott
Corporation Counsel

By their attorneys,

/s/ L. Bostwick

_____
Elizabeth L. Bostwick BBO# 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902