UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11385 JLT

D'ANN McGILL,
          Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON,
          Defendants.

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE X-RAYS
TAKEN OF THE PLAINTIFF'S ALLEGED INJURY ON AUGUST 12, 2002,
SEPTEMBER 25, 2002, AND JUNE 30, 2004 OR IN THE ALTERNATIVE
MOTION IN LIMINE FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE**

Defendant City of Boston Police Sergeant Christopher Hamilton ("Sgt.

Hamilton") and the Defendant City of Boston (the "City") hereby move this Honorable

Court to compel the Plaintiff to produce the X-rays taken of her alleged injuries on

August 12, 2002, September 25, 2002, and June 30, 2004.  In the alternative, the

Defendants move this Court for an order precluding the Plaintiff from offering any

testimony or evidence regarding her having suffered a fractured right wrist.  In further

support of this Motion, the Defendants submit the attached Memorandum of Law.

Respectfully Submitted,
DEFENDANTS, CHRISTOPHER
HAMILTON and CITY OF BOSTON

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Bernard D. Posner

_____
Bernard D. Posner, BBO # 659020
Elizabeth L. Bostwick, BBO # 644498
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, MA 02201
(617) 635-4046 (BDP)
(617) 635-2902 (ELB)