UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL,
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON,
    Defendants

## VOLUNTARY STIPULATION OF DISMISSAL

    The Parties in the above-entitled action stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts as they relate to the Defendant Christopher Hamilton in his Individual and Official capacity and the City of Boston, with prejudice, without costs and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, D'ANN MCGILL | DEFENDANTS, CITY OF BOSTON and CHRISTOPHER HAMILTON |
| By her attorney: | William F. Sinnott<br>Corporation Counsel |
| S/Veronica S. White | By their attorney: |
| _____ | |
| Veronica S. White BBO # 640332 | S/Bernard D. Posner |
| J. Thomas Kerner BBO # 552373 | _____ |
| Law Office of Veronica J. White | Bernard D. Posner   BBO # 659020 |
| 101 Tremont St., Suite 1010 | Elizabeth L. Bostwick  BBO #644498 |
| Boston MA 02108 | Assistant Corporation Counsel |
| (617) 338-9507 (VSW) | City of Boston Law Department |
| (617) 720 5509 (JTK) | Room 615, City Hall |
| | Boston, MA 02201 |
| | (617) 635-4046 (BDP) |
| | (617) 635-2902 (ELB) |